## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | Tasha M. Brown, | ) | CASE NO. | 19-08926 |
| | Debtor. | ) | JUDGE | Cassling |
| | | ) | CHAPTER | 7 |

### NOTICE OF FILING

TO:   See Attached Service List

---

Please take notice that on June 6, 2019, we electronically filed with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, certain documents described as follows: (Copies of which are attached.)

**Amended Schedules I and J**

### AFFIDAVIT OF SERVICE

The undersigned, an attorney, does hereby certify that a copy of this notice and documents was served to all entities on the attached service list through ECF or at their respective addresses, postage prepaid, by depositing same in the U.S. Mail at 200 S. Michigan Avenue, Chicago, IL 60604-4398, at 5:00 p.m. on June 6, 2019.


   /s/   Stuart B. Handelman
   Stuart B. Handelman
ARDC # 6195779


The Law Offices of Stuart B. Handelman, P.C.
200 South Michigan Avenue, Suite 205
Chicago, Illinois 60604
(312) 360-0500

Tasha Brown
2848 Alexander Crescent
Flossmoor, IL 60422

Richard J Mason
McGuire Woods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601

* Via ECF

*Office of the U.S. Trustee
219 S Dearborn Street, Room 873
Chicago, IL 60604

*(Via ECF)

AES/SYNCHRONY BANK
PO Box 61047
Harrisburg, PA 17106

Amazon.com
P.O. Box 8181
Gray, TN 37615

American Express
P.O. Box 2981537
El Paso, TX 79998

American Express
P.O. Box 297804
Ft. Lauderdale, FL 33329-7804

ARS National Services, Inc.
P.O. Box 469100
Escondido, CA 92046-9100

Bank of America NA
P.O. Box 26078
Greensboro, NC 27420

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130

Chase Bank USA, NA
PO Box 15298
Wilmington, DE 19850

CMRE Financial Services, Inc.
3075 E. Imperial Hwy #200
Brea, CA 92821

Department Stores National Bank
PO Box 183083
Columbus, OH 43218

Discover Financial Services
PO Box 15316
Wilmington, DE 19850

Excell Brown, Jr.
2848 Alexander Cres
Flossmoor, IL 60422

Firstsource Advatage, LLC.
PO Box 628
Buffalo, NY 14240

GM Financial
PO Box 181145
Arlington, TX 76096

Harris & Harris
111 W. Jackson Blvd # 400
Chicago, IL 60604

Illinois Collection Service
P.O. Box 1010
Tinley Park, IL 60477-9110

Illinois Tollway
2700 Ogden Ave.
Downers Grove, IL 60515

M.C. Williams & Company
20842 Gardner Avenue
Chicago Heights, IL 60411

Nordstrom/TD Bank
13531 E. Caley Ave.
Englewood, CO 80111-6504

Peoples Gas
130 E. Randolph Drive
Chicago, IL 60601

Quicken Loans
1050 Woodward Avenue
Detroit, MI 48226

Rushmore Loan Management
15480 Laguna Canyon Rd, Suite 100
Irvine, CA 92618

SMI-Radiology Imaging Consultants S
PO BOX 3272
Indianapolis, IN 46206

Specialist in Medical Imaging
Sunrise Credit Services, Inc.
P.O. Box 9100
Seaford, NY 11783-2608

SYNCB/JC Penney
PO Box 960090
Orlando, FL 32896

The CBE Group, Inc.
1309 Technology Parkway
Cedar Falls, IA 50613

UChicago Medicine Ingalls Memorial
PO Box 219714
Kansas City, MO 64121-9714

University of Illinois Hospital & Health Sciences System
8332 Innovation Way
Chicago, IL 60682-0083

Wells Fargo Dealer Services
P.O. Box 1697
Winterville, NC 28590-1697